# Court of Appeals
# of the State of Georgia

ATLANTA,__November 23, 2016__

*The Court of Appeals hereby passes the following order:*

**A17A0203.  MARQUISE ALI ROBBINS v. BOARD OF CORRECTIONS OF GEORGIA et al.**

Marquise Ali Robbins appealed directly to this Court from the trial court's "Order on Petitioner's Pauper Affidavit," in which the superior court denied him pauper status.  Robbins sought discretionary review of the same order in the Supreme Court, which transferred the case to this Court.  See Case No. A17D0115, denied, November 1, 2016.  We lack jurisdiction.

Because Robbins is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq.  Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  Thus, we lack jurisdiction to consider Robbins's direct appeal from the superior court's order.  See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).  We note that Robbins properly filed an application for discretionary appeal to challenge the trial court's order.  The denial of his application, however, was an adjudication on the merits; thus the doctrine of res judicata bars further appeal of this order.  See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007).  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___11/23/2016___

  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*